UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2011 NOV -7 PM 4: 36

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Laura A. Jennings, )
)
Plaintiff, )
)
vs. )  Cause No.
Leon E. Panetta, )
Secretary, _____, )
)  **1:11-cv-1479 SEB -DKL**
Department of Defense  Defendant. )

# EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant __Leon Panetta, Defense Finance and Accounting Service__ for discrimination as set forth below.

Plaintiff __X__ DOES ____ DOES NOT (indicate which) demand a jury trial.

## I. PARTIES

Plaintiff's Name, Address, and Phone Number:

Laura A. Jennings

P. O. Box 18178

Indianapolis, Indiana 46218

317- 283 – 1419

Defendant's Name and Address:

Leon Panetta, Defense Finance and Accounting Service

Office of General Counsel

8899 East 56th Street

Indianapolis, Indiana 46249

## II. JURISDICTION

1. This complaint is brought pursuant to:

    _____ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1331;

    _____ The Age Discrimination in Employment Act (29 U.S.C. § 621), and jurisdiction is based on 28 U.S.C. § 1331;

/

_____ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. § 1331;

_____ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. § 1331;

_____ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. § 1331;

__X__ Other (list): _REPRISAL_

2.   Plaintiff _X_ DID ___ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [**Attach a copy of charge to this complaint**].

3.   Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about _Awaiting Receipt_ (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

Due to the constant acts of reprisal throughout the DFAS Equal Employment Opportunity's discrimination resolution method and the Equal Employment Opportunity Commission's discrimination resolution method, have been denied to the Complainant. In an EEOC Hearing, originally scheduled for 9:00 a.m., rescheduled to 3:30 p.m. because the Judge Momah would be late, rescheduled to 4:30 p.m., rescheduled to 5:30 p.m. and finally held at approximately 5:40 p.m. on October 27, 2011, which appears to have been set up as a means to distort the truth of many acts of reprisals by the Defendant, and entrap the Complainant, (There were only four people in the room Chris Americanos, Judge Davidson Momah and a woman, who had a laptop with little slender white box attached to it. She appeared to be recording every word said and occasionally typed a few messages on her laptop to someone.) The Complainant's original formal complaint received by DFAS Agency August 30, 2010, was not heard. The Defendant has changed the Complainant's original complaint. Thus, the Complainant's right to file a complaint and have that complaint heard without acts of reprisals has been denied I humbly place this complaint before the United States District Court Southern District of Indiana Indianapolis Division

## IV. FACTS IN SUPPORT OF COMPLAINT

_____ Complainant's original complaint was not addressed. 2. The Defendant and the EEOC did not adhere to Complainant's witness requests dated June 17, 2011. (The DFAS Agency mandated interrogatories of the Complainant during the informal stage of the complaint. 3. The after hour meeting has impeded the natural judicial progression of my discrimination cases and is another act of reprisal in the highest form. 4. Thus, the Complainant's rights to file a complaint have that complaint heard without acts of reprisals been denied through the DFAS EEO resolution method for discrimination and the Equal Employment Opportunity Commission resolution method. I deem these proceedings to be unjust and illegal. Our constitution and all provisions stipulated therein regarding "no retaliation/reprisal. Title VII of the Civil Rights Act of 1964 as amended. Equal rights under law (42 U.S.C. 1981) and above all, Reprisal/Retaliation

_To date Have Not Heard from Defendant_

2

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

action desired and the specific correct action desired for each separate allegation.) I am seeking $3,350,000.00 for the acts of reprisal/retaliation during a federal proceeding. No further harassment and/or acts of reprisal/retaliation.

~~_____~~

(Use additional sheets if necessary.)

## VI. SIGNATURE

Signed this _7th_ day of _November_, 20_11_

_(Signature of Plaintiff)_

3