# FORMAL COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT

**AUTHORITY:** 42 U.S.C. 2000e-16(b) and (c); 29 U.S.C. Chapter 14; E.O. 12106.

**PRINCIPAL PURPOSE:** Formal filing of allegation of discrimination because of race, color, religion, sex, disability, age, national origin or reprisal.

**ROUTINE USES:** Information in this system may be disclosed to Federal, State or local investigating agencies, the Congress when inquiring on behalf of the individual; to any official engaged in the investigation of settlement of matters at issue; to the EEOC as necessary; and to another Federal agency or court in compliance with a subpoena.

**DISCLOSURE:** Voluntary; however, failure to complete all appropriate portions of this form may lead to dismissal of complaint on the basis of inadequate data on which to determine if complaint is acceptable. EEOC government-wide system notices EEOC/GOVT-1 applied.

**1. NAME OF COMPLAINANT (Last, First, Middle Initial)**
Jennings, Laura A.
Social Security Number: 313 - 56 - 6559

**2. AGENCY DOCKET/COMPLAINT NO. (EEO OFFICE USE ONLY)**
TO BE ASSIGNED

**3a. HOME PHONE NUMBER:** 317 283 1419
**3b. WORK PHONE NUMBER:** N/A

**4. HOME ADDRESS (Include city, state & zip code)**
P. O. Box 18178
Indianapolis, IN 46218

**5. DO YOU HAVE A REPRESENTATIVE?** NO

**6. IF YES, PROVIDE NAME, ADDRESS & PHONE NUMBER OF REPRESENTATIVE (Include city, state, & zip code) IS YOUR REPRESENTATIVE AN ATTORNEY?**

**7. NAME OF AGENCY & ADDRESS WHERE ALLEGATIONS AROSE (Include city, state, & zip code)** Defense & Accounting Service Indianapolis, DFAS Indianapolis Military Pay, 8899 East 56th Street, Indianapolis, IN 46249

**8. NAME & LOCATION OF AGENCY ORGANIZATION WHERE YOU WORK** Defense & Accounting Service Indianapolis, DFAS Indianapolis Military Pay, 8899 East 56th Street, Indianapolis, IN 46249

**9. DATE OF MOST RECENT ACT OF ALLEGED DISCRIMINATION**
Ooctober 27, 2011, Hearing

**10. ARE YOU A FEDERAL EMPLOYEE OR APPLICANT?**
a. EMPLOYEE: GRADE, SERIES, TITLE
I was a G. S. 5, Step 1 until 11/19/2010
Contact Representative
b. APPLICANT

**11. REASON YOU BELIEVE YOU WERE DISCRIMINATED AGAINST ("X" BELOW)**

| | |
|---|---|
| a. RACE (If so, state your Race) | e. DISABILITY (Describe nature of your disability) Physical: Mental: |
| b. COLOR (If so, state your Color) | f. AGE (If so, state your date of birth) [Applies to persons at least 40 years of age at the time of alleged discriminatory action.] |
| c. RELIGION (If so, state your Religion) | g. SEX (If so, state your gender) |
| d. NATIONAL ORIGIN (If so, state your Natural Origin)   X | h. REPRISAL (Provide date and nature of your participation in an EEO-protected activity or opposition to discrimination practices.) 1. EEOC NO: 470-2011-00138X also unnumbered Appeal (Agency NO. DFAS-00081-2011) both currently before U.S. Administrative Judge Davidson Momah and 2. United States District Court Southern District of Indiana Indianapolis Division Case No 1:10-cv-01528-RLY-DML. |

**12. I HAVE DISCUSSED MY COMPLAINT WITH AN EEO COUNSELOR.** Notification to Agency this date

**12c. IF "YES," NAME & PHONE NUMBER OF COUNSELOR.**

**12d. DATE YOU FIRST ASKED TO SEE AN EEO COUNSELOR.** Notified Agency this date

**13. DATE RECEIVED NOTICE OF FINAL INTERVIEW/RIGHT TO FILE** Awaiting

**14. TELL BRIEFLY HOW YOU WERE DISCRIMINATED AGAINST; INCLUDE THE DATE OF EACH ALLEGED DISCRIMINATORY INCIDENT. (That is, tell how you were treated** 1. Complainant's original complaint was not addressed. 2. The Defendant and the EEOC did not adhere to Complainant's witness requests dated June 17, 2011. (The DFAS Agency mandated interrogatories of the Complainant during the informal stage of the complaint. 3. The after hour meeting has impeded the natural judicial progression of my discrimination cases and is another act of reprisal in the highest form. 4. Thus, the Complainant's rights to file a complaint have that complaint heard without acts of reprisals been denied through the DFAS EEO resolution method for discrimination and the Equal Employment Opportunity Commission resolution method. I deem these proceedings to be unjust and illegal. Our constitution and all provisions stipulated therein regarding "no retaliation/reprisal. Title VII of the Civil Rights Act of 1964 as amended. Equal rights under law (42 U.S.C. 1981) and above all. Reprisal/Retaliation.

**15. WHAT SPECIFIC CORRECTIVE ACTION DO YOU WANT TAKEN ON YOUR COMPLAINT?** (If more than one allegation is being made, state overall corrective action desired and the specific correct action desired for each separate allegation.) I am seeking $3,350,000.00 for the acts of reprisal/retaliation during a federal proceeding. No further harassment and/or acts of reprisal/retaliation.

**16. HAVE ANY OF THE INCIDEENTS LISTED IN ITEM 14 BEEN APPEALED TO THE MERIT SYSTEMS PROTECTION BOARD (MSPB) OR FILED UNDER A NEGOTIATED GRIEVANCE PROCEDURE?**
NO.

**17. SIGNATURE OF COMPLAINANT** *[signed]*

**18. DATE OF COMPLAINT SIGNED BY COMPLAINANT (MMDDYY)** 02 November 2011

**19. DATE COMPLAINT FILED (EEO OFFICE USE ONLY)**